**Order entered March 7, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00061-CV

**SAMUEL T. RUSSELL, Appellant**

**V.**

**CITY OF DALLAS, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-05733**

## ORDER

The Court has before it the District Clerk's March 4, 2013 request for an extension of time in which to file the clerk's record. The Court **GRANTS** the request and **ORDERS** the District Clerk to file the clerk's record within thirty days of the date of this order.

/s/ ELIZABETH LANG-MIERS
   JUSTICE